# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY KENNETH ANDERSON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 80158

ANTHONY KENNETH ANDERSON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 80159 ✓

**FILED**

FEB 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from an order of the district court denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

This court's review of these appeals indicates that the district court entered its order denying appellant's petition on May 14, 2019. The district court served notice of entry of that order on appellant on May 15, 2019.[1] Appellant did not file the notice of appeal, however, until November 27, 2019, well after the expiration of the 30-day appeal period prescribed by

---

[1]The clerk of the district court served a second notice of entry on October 23, 2019, in district court case number C-10-268406-1. The first service of notice of entry clearly provided appellant with actual notice that a written order denying the petition had been entered. Thus, the service of the first notice of entry commenced the running of the time period for filing a notice of appeal. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987).

20-04782

NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider these appeals, and ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Richard Scotti, District Judge
      Anthony Kenneth Anderson
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk